**U.S. District Court**
**Eastern District of Arkansas (Helena)**
**CIVIL DOCKET FOR CASE #: 2:14−cv−00111−JM**

| | |
|---|---|
| Rabo AgriFinance Inc v. Turner Grain Merchandising Inc et al<br>Assigned to: Judge James M. Moody Jr.<br>Cause: 28:1332 Diversity−Breach of Contract | Date Filed: 09/10/2014<br>Date Terminated: 01/26/2015<br>Jury Demand: Defendant<br>Nature of Suit: 190 Contract: Other<br>Jurisdiction: Diversity |

**Plaintiff**

**Rabo AgriFinance Inc**     represented by     **James E. Smith , Jr.**
Williams &Anderson, PLC
111 Center Street
Suite 2200
Little Rock, AR 72201−2413
501−396−8456
Fax: 501−372−6453
Email: jsmith@williamsanderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Turner Grain Merchandising Inc**     represented by     **James W. Tilley**
Watts, Donovan &Tilley, P.A.
200 River Market Avenue
Suite 200
Little Rock, AR 72201−1769
501−372−1406
Fax: 501−372−1209
Email: jim.tilley@wdt−law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jason T Coleman**     represented by     **Lisa C. Ballard**
Ballard &Ballard, P.A.
425 West Broadway
Suite N
North Little Rock, AR 72114
501−244−9544
Email: lisa@ballardandballard.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W. Tilley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dale C Bartlett**     represented by     **James W. Tilley**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2015 | 27 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER terminating 22 Motion to Appoint Receiver. This motion is |

| | | |
|---|---|---|
| | | terminated as the case has been referred to the bankruptcy court for adjudication as an adversary proceeding within Case No. 2:14–bk–15687. Signed by Judge James M. Moody Jr. on 1/26/15. (dpb) (Entered: 01/26/2015) |
| 01/26/2015 | 26 | ORDER granting 24 Motion to Refer case to the United States Bankruptcy Court for the Eastern District of Arkansas. This case is hereby referred as an adversary proceeding within the chapter 11 bankruptcy of Turner Grain Merchandising, Inc. in the Helena Division of the United States Bankruptcy Court for the Eastern District of Arkansas, Case No. 2:14–bk–15687. Signed by Judge James M. Moody Jr. on 1/26/2015. (mcz) (Entered: 01/26/2015) |
| 12/11/2014 | 25 | STATUS REPORT *Second Report and Account of the Receiver, Kevin P. Keech, for the Period October 15, 2014 through December 11, 2014* by Kevin Keech. (Keech, Kevin) (Entered: 12/11/2014) |
| 12/10/2014 | 24 | MOTION to Transfer Case *Motion to Refer Case to United States Bankruptcy Court for the Eastern District of Arkansas and Memorandum in Support* by Rabo AgriFinance Inc (Smith, James) (Entered: 12/10/2014) |
| 11/21/2014 | 23 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER – The Jury Trial scheduled for 4/27/2015 is cancelled and will be reset if necessary. Signed at the Direction of the Court on 11/21/2014. (kog) (Entered: 11/21/2014) |
| 11/12/2014 | 22 | MOTION to Appoint Receiver */Motion to Expand Receivership Authority and Incorporated Brief in Support* by Kevin Keech (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Keech, Kevin) (Entered: 11/12/2014) |
| 11/10/2014 | 21 | ORDER granting 20 Motion to Withdraw as Attorney. Attorney David A. Hodges and Louis Etoch terminated for Lance Gray, Individually and D/B/A High Roads Farms; Randle Foran Individually and D/B/A Foran Farming, A Partnership; Stanley Bartlett, Individually and D/B/A Greenleaf Farms, A Partnership; Roger Wilkinson, Individually and D/B/A Roger Wilkinson Farms, A Partnership; Donald Wilkinson Individually and D/B/A Donald Wilkinson Farms A Partnership; David Wilkinson, Individually and D/B/A David And Lalain Wilkinson Farms A Partnership; Donnie Wilkinson, Individually and D/B/A Donnie and Teresa Wilkinson Farms A Partnership; Keith Wilkinson, Individually and D/B/A Keith Wilkinson Farms, A Partnership. Signed by Judge James M. Moody Jr. on 11/10/2014. (ks) (Entered: 11/10/2014) |
| 11/06/2014 | 20 | MOTION to Withdraw as Attorney *Motion to Withdraw as Attorneys* by Stanley Bartlett, Randle Foran, Lance Gray, Roger Wilkison Farms, David Wilkison, Donald Wilkison, Donnie Wilkison, Keith Wilkison (Hodges, David) (Entered: 11/06/2014) |
| 10/24/2014 | 19 | ORDER granting 18 Motion for Order. The time to file an answer, defenses, counterclaims, and cross–claims is enlarged until further orders of this Court. Signed by Judge James M. Moody Jr. on 10/24/2014. (ks) (Entered: 10/24/2014) |
| 10/24/2014 | 18 | MOTION for Order by Jason T Coleman (Ballard, Lisa) (Entered: 10/24/2014) |
| 10/22/2014 | 17 | ORDER granting Receiver's 15 First Application for Interim Compensation and Reimbursement of Expenses. The Court hereby APPROVES the Application in the amount of $41,675.00 for the Receiver's fees and $700.11 in expenses incurred. Turner Grain Merchandising, Inc. is authorized to make immediate payment to the Receiver in the amounts listed above from the funds of the receivership estate. Signed by Judge James M. Moody Jr. on 10/22/2014. (mcz) (Entered: 10/22/2014) |
| 10/14/2014 | 16 | NOTICE of Settlement by Kevin Keech (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Keech, Kevin) (Entered: 10/14/2014) |
| 10/14/2014 | 15 | MOTION to Approve/Approval *of Receiver's First Application for Interi Compensation and Reimbursement of Expenses for the Period of September 11, 2014 through October 14, 2014* by Kevin Keech (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Keech, Kevin) (Entered: 10/14/2014) |

| | | |
|---|---|---|
| 10/14/2014 | 14 | STATUS REPORT *First Report and Account of the Receiver for the Period September 11, 2014 through October 14, 2014* by Kevin Keech. (Attachments: # 1 Exhibit A, # 2 Exhibit A (part 2), # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Keech, Kevin) (Entered: 10/14/2014) |
| 10/02/2014 | 13 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) Hearing on pending motions held before Judge James M. Moody Jr. on 10/2/2014. Written order to be entered. Present: David Hodges, James Smith, Kevin Keech, Lisa Ballard, Steve Joiner. James Tilley participated by telephone. (Court Reporter Cheryl Kellar.) (dmj) (Entered: 10/03/2014) |
| 10/02/2014 | 12 | ORDER granting in part and denying in part 4 Motion to Clarify Receiver Authority filed by Kevin Keech; denying 5 Motion to Appoint Counsel filed by Kevin Keech; granting 6 Motion for Limited Appearance to Object to Motion for Clarification; and granting 8 Motion for Extension of Time to Answer. Jason T Coleman's answer or other response is due by 10/24/2014. Signed by Judge James M. Moody Jr. on 10/2/2014. (mcz) (Entered: 10/03/2014) |
| 10/01/2014 | 11 | INITIAL SCHEDULING ORDER: Rule 26(f) Conference to occur by 11/18/2014. Rule 26(f) Report due by 12/2/2014. Proposed Jury Trial set sometime during the week of 4/27/2015 in Helena before Judge James M. Moody Jr.Signed by D. Jackson at the Direction of the Court on 10/1/2014. (Attachments: # 1 Proposed FSO)(dmj) (Entered: 10/01/2014) |
| 10/01/2014 | | NOTICE OF DOCKET CORRECTION re 10 Answer to Complaint. CORRECTION: The docket text was modified to correct the party filers as Turner Grain Merchandising Inc., Jason T. Coleman, and Dale C. Bartlett, as marked on the document.(jak) (Entered: 10/01/2014) |
| 10/01/2014 | 10 | ANSWER to 1 Complaint, with Jury Demand by Turner Grain Merchandising Inc., Jason T. Coleman, and Dale C. Bartlett. (Tilley, James) (Docket text modified on 10/1/2014 to correct the party filers). (jak) (Entered: 10/01/2014) |
| 10/01/2014 | 9 | NOTICE of Appearance by James W. Tilley on behalf of All Defendants (Tilley, James) (Entered: 10/01/2014) |
| 09/30/2014 | 8 | MOTION for Extension of Time to File Answer *and Defenses and Claims* by Jason T Coleman (Ballard, Lisa) (Entered: 09/30/2014) |
| 09/30/2014 | 7 | NOTICE of Appearance by Lisa C. Ballard on behalf of Jason T Coleman (Ballard, Lisa) (Entered: 09/30/2014) |
| 09/26/2014 | 6 | MOTION for Limited Appearance to Object to Motion for Clarification Regarding Authority of Receiver by Lance Gray, Randle Foran, Stanley Bartlett, Roger Wilkison Farms, Donald Wilkison, David Wilkison, Gary Gerlach, Donnie Wilkison, Keith Wilkison (jap) (Entered: 09/29/2014) |
| 09/16/2014 | 5 | MOTION to Appoint Counsel */ Petition to Employ Keech Law Firm, P.A. as Attorneys for the Receiver* by Kevin Keech (Keech, Kevin) (Entered: 09/16/2014) |
| 09/16/2014 | 4 | MOTION to Clarify *−−Acceptance of Appointment of Receiver and Motion to Clarify Receiver Authority* by Kevin Keech (Attachments: # 1 Exhibit A)(Keech, Kevin) (Entered: 09/16/2014) |
| 09/11/2014 | 3 | ORDER granting 2 Motion to Appoint Receiver. Kevin Keech appointed as receiver for Turner Grain. Signed by Judge James M. Moody Jr. on 9/11/2014. (mcz) (Entered: 09/11/2014) |
| 09/11/2014 | 2 | MOTION to Appoint Receiver by Rabo AgriFinance Inc (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Smith, James) (Entered: 09/11/2014) |
| 09/10/2014 | 1 | COMPLAINT against Dale C Bartlett, Jason Coleman and Turner Grain Merchandising Inc ( Fee of $ 400 paid. Receipt Number LIT047755.), filed by Rabo AgriFinance Inc. Summons issued and returned to counsel. (Attachments: # 1 Civil Cover Sheet)(mcz) (Entered: 09/11/2014) |